UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| C.S., individually and on behalf of all other similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, a New York corporation,<br><br>*Defendant*. | Case No. 1:24-cv-03232<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM AND SEAL IDENTIFYING INFORMATION** |

Upon Plaintiff's Motion for Leave to Proceed Under a Pseudonym and Seal Identifying Information, and all other papers filed herein,

**IT IS HEREBY ORDERED** that Plaintiff's Motion is granted. They may proceed under a pseudonym and file under seal other information that identifies them in their Complaint, Motion for Temporary Restraining Order, and subsequent documents in this matter.

Dated:_____ New York, New York

_____
United States District Judge

|  |  |
|---|---|
|  | Submitted by: |
|  | **C.S.**, individually and on behalf of all others similarly situated, |
| Dated: April 29, 2024 | By: /s/ Carrie Goldberg |
|  | *One of Plaintiff's Attorneys* |

Carrie Goldberg
carrie@cagoldberglaw.com
C.A. GOLDBERG, PLLC
16 Court Street, 33rd Floor
Brooklyn, New York 11241
Tel: 646.666.8908

Jay Edelson*
jedelson@edelson.com
Ari J. Scharg*
ascharg@edelson.com
David I. Mindell*
dmindell@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370

Rafey S. Balabanian*
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.234.5342

*Admission *pro hac vice* to be sought

2