```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.S., individually and on behalf of all other similarly situated,

                Plaintiff,

-against-

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, a New York corporation,

                Defendant.

24 Civ. 3232 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed Plaintiff's motion seeking a temporary restraining order ("TRO"). ECF No. 4. Accordingly:

1. By **April 29, 2024**, at **9:00 p.m.**, Plaintiff shall file under seal unredacted versions of the complaint and TRO motion, and shall email copies of the same to chambers at [TorresNYSDChambers@nysd.uscourts.gov](mailto:TorresNYSDChambers@nysd.uscourts.gov);

2. By **April 29, 2024**, at **9:00 p.m.**, Plaintiff shall confirm, via email to the above-listed address, that she has complied with the requirements of Rule IV.B of the Court's Individual Practices in Civil Cases;

3. By **April 29, 2024**, at **9:00 p.m.**, Plaintiff shall serve Defendant with an unredacted version of the complaint, the TRO motion, the motion to seal, and this order;

4. If Defendant intends to oppose entry of the TRO, it shall file opposition papers by **May 1, 2024**, at **5:00 p.m.**,

5. Plaintiff shall file any reply by **May 2, 2024**, at **2:00 p.m.**, and

6. The parties shall appear for a hearing on Plaintiff's application for a temporary restraining order on **May 3, 2024**, at **11:00 a.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Beyond addressing whether Plaintiff has met the standard to issue a TRO, *see Citigroup Glob. Markets, Inc. v. VCG Special Opportunities Master Fund Ltd.*, 598 F.3d 30 (2d Cir. 2010), the parties shall be prepared to discuss:

    a. Whether Plaintiff has established the requirements for subject-matter jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d);

b. Whether any of Plaintiff's requests for injunctive relief risk becoming moot at the end of the school year; and

c. Whether Plaintiff's TRO motion seeks "a mandatory [] injunction that alters the status quo by commanding some positive act, as opposed to a prohibitory injunction seeking only to maintain the status quo." *Cacchillo v. Insmed, Inc.*, 638 F.3d 401, 406 (2d Cir. 2011) (citation omitted).

SO ORDERED.

Dated: April 29, 2024
      New York, New York

_____
ANALISA TORRES
United States District Judge