USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/30/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.S., individually and on behalf of all other similarly situated,

               Plaintiff,

-against-

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, a New York corporation,

               Defendant.

24 Civ. 3232 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a videoconference with the parties in this matter **today, April 30, 2024, at 2:30 p.m.** Members of the press and the public may access the conference by dialing +1 646-453-4442 and entering access code 967939434#.

    SO ORDERED.

Dated: April 30, 2024
       New York, New York

ANALISA TORRES
United States District Judge