USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/30/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.S., individually and on behalf of all other similarly situated,

          Plaintiff,

-against-

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, a New York corporation,

          Defendant.

24 Civ. 3232 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The hearing scheduled for May 3, 2024, is ADJOURNED to **Tuesday, May 7, 2024,** at **11:00 a.m.** The briefing schedule set in ECF No. 12 is ADJOURNED *sine die*.

    The conference shall be held via Microsoft Teams. Chambers will send the parties instructions to appear via video. Members of the press and the public may access the conference by dialing +1 646-453-4442 and entering access code 811001147#.

    SO ORDERED.

Dated: April 30, 2024
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge