UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.S., individually and on behalf of all
other similarly situated,

                            Plaintiff,

            -against-

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW
YORK, a New York corporation,

                            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __05/01/2024__

24 Civ. 3232 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of an April 29, 2024 letter from Defendant, The Trustees of Columbia University in the City of New York ("Columbia"), requesting that the above-captioned case be designated as related to three other cases against Columbia: *Forrest v. Trustees of Columbia University*, No. 24 Civ. 1034 (S.D.N.Y. filed Feb. 12, 2024); *Students Against Antisemitism, Inc. v. Trustees of Columbia University*, No. 24 Civ. 1306 (S.D.N.Y. filed Feb. 21, 2024); and *Doe v. Columbia University*, No. 24 Civ. 2870 (S.D.N.Y. filed Apr. 16, 2024). ECF No. 9. The Court is also in receipt of a May 1, 2024 letter from the plaintiffs in the *Students Against Antisemitism, Inc.* action opposing the request. ECF No. 15.

Having reviewed the letters and the complaints filed in the other cases, the Court finds that the cases do not meet the District's standard for relatedness. *See* R. 13(a)(2)(A), Rules for the Division of Business Among District Judges, Southern District of New York ("Civil cases shall not be deemed related merely because they involve common legal issues or the same parties."). Accordingly, Columbia's request is DENIED.

However, both the *Forrest* and *Students Against Antisemitism, Inc.* cases have been referred to the Honorable Sarah Netburn for general pre-trial supervision in order to coordinate scheduling and management of potentially overlapping discovery. Accordingly, it is hereby ORDERED that this case is referred to Judge Netburn for general pre-trial supervision.

SO ORDERED.

Dated: May 1, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge