May 3, 2024

**BY CM/ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Room 2210
New York, NY 10007

      Re:    *C.S. v. The Trustees of Columbia University in the City of New York*, No. 1:24-cv-03232 (AT) (S.D.N.Y.)

Dear Judge Torres:

    We write jointly on behalf of the parties in the above-captioned action, pursuant to Rule I(C) of Your Honor's Individual Practices in Civil Cases, to respectfully request that the hearing currently scheduled for May 7, 2024, be further continued to May 10, 2024.

    Plaintiff filed a Complaint and Emergency Motion for Temporary Restraining Order on April 29, 2024. (Dkts. 1, 4.) The Court held a video status conference on April 30, 2024, at which time the parties reported that they were in active discussions concerning the status of the campus and necessary measures to address Plaintiff's emergency motion. (*See* Dkt. 13.) The parties agreed that the previously-set hearing on Plaintiff's motion should be extended to continue those discussions. The Court adjourned the hearing to May 7, 2024. (Dkt. 14.)

    The parties have been exchanging information, and have remained in daily discussions concerning the evolving state of the campus and appropriate responses. Those discussions have been and remain productive. Accordingly, the parties respectfully request that the Court further continue the hearing on Plaintiff's Motion for Temporary Restraining Order until the end of next week, from May 7 to May 10, 2024.

                                                                   Respectfully submitted,

| | |
|---|---|
| */s/ Roberta A. Kaplan* | */s/ Rafey Balabanian* |
| Roberta A. Kaplan | Rafey Balabanian |
| | |
| *Counsel for Defendant Trustees of Columbia University in the City of New York* | *Counsel for Plaintiff C.S.* |

cc: The Honorable Magistrate Judge Sarah Netburn