# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63ᴿᴰ FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL      212.763.0883
DIRECT EMAIL    rkaplan@kaplanhecker.com

May 10, 2024

**BY CM/ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street, Room 2210
New York, NY 10007

Re:     *C.S. v. The Trustees of Columbia University in the City of New York, No. 1:24-cv-03232 (AT) (S.D.N.Y)*

Dear Judge Torres:

We write on behalf of both parties in the above-captioned action, pursuant to Rule I(C) of Your Honor's Individual Practices in Civil Cases, to respectfully request that the hearing currently scheduled for May 14, 2024, be further continued to May 20, 2024. This is the parties' third request to continue the hearing; the Court granted the parties' previous requests. *See* ECF 14, 19.

The parties continue to make substantial progress toward reaching an agreement that would resolve Plaintiff's request for emergency injunctive relief as well as the case generally. The parties have been meeting and conferring, and drafts of an agreement have been exchanged. Accordingly, in order to allow for the anticipated finalization of an agreement, the parties respectfully request that the Court further continue the hearing on Plaintiff's Motion for Temporary Restraining Order from May 14 to May 20, 2024.

Respectfully submitted,

Roberta A. Kaplan