USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/21/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.S., individually and on behalf of all other similarly situated,

                Plaintiff,

-against-

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, a New York corporation,

                Defendant.

24 Civ. 3232 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The parties have informed the Court that they have reached an agreement in principle. Accordingly, the hearing scheduled for May 21, 2024 is ADJOURNED *sine die*.

    SO ORDERED.

Dated: May 21, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge